**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| State Auto Property & Casualty Insurance Company, | **Civil No. 06-CV-3787 PAM/JSM** |
| Plaintiff, | |
| vs. | **ORDER** |
| Technical Industrial Sales, Inc. | |
| Defendant. | |

---

On reading and filing the foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed on the merits and without costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: February 22, 2007         s/Paul A. Magnuson
                                 Judge of United States District Court
                                 District of Minnesota